IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID D. BURNETT                                                                PLAINTIFF
ADC #100851

v.                                     No. 4:25-cv-90-DPM

DOE                                                                                      DEFENDANT

## ORDER

Burnett hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

11 March 2025